It is contended by plaintiff that a larger proportion of said merchandise is properly dutiable at the rate of 22½ cents per pound under paragraph 1301 of the Tariff Act of 1930, as modified, *supra*, under the provision for:

Yarns of rayon or other synthetic textile:
    Weighing one hundred and fifty deniers or more per length of four hundred and fifty meters:
        Singles, not specially provided for.

It is stipulated by and between counsel for the respective parties that entry 877088, dated March 7, 1956, covered by protest 324083–K, contains 11,896 pounds of rayon yarn, singles, weighing 150 deniers or more per 450 meters; and that 11,897 pounds consist of rayon yarn, singles, weighing under 150 deniers per 450 meters.

It was further stipulated that entry WH–106248, dated May 23, 1956, covered by protest 322382–K, contains 5,002 pounds of rayon yarn, singles, weighing over 150 deniers per 450 meters, and that 5,002 pounds consist of rayon yarn, singles, weighing under 150 deniers per 450 meters.

In accordance with the stipulation of counsel and to the extent indicated above; the claim of plaintiff is sustained; in all other respects and as to all other merchandise all the claims are overruled. Judgment will be rendered accordingly.

**No. 62520.**—Beer Stern Import Corp. *v.* United States, protests 258660–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of narrow woven fabrics of cotton similar in all material respects to those the subject of *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C. D. 1944), the claim of the plaintiff was sustained.

**No. 62521.**—Beer Stern Import Corp. *v.* United States, protests 267350–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of narrow woven fabrics of cotton similar in all material respects to those the subject of *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C. D. 1944), the claim of the plaintiff was sustained.

**No. 62522.**—Beer Stern Import Corp. *v.* United States, protests 295783–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of narrow woven fabrics of cotton similar in all material respects to those the subject of *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C. D. 1944), the claim of the plaintiff was sustained.

**No. 62523.**—Beer Stern Import Corp. *v.* United States, protests 313175–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of narrow woven fabrics of cotton similar in all material respects to those the subject of *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C. D. 1944), the claim of the plaintiff was sustained.

**No. 62524.**—American Leather Specialties Corp. et al. *v.* United States, protests 254266–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of harness hardware for use with harness for dogs the same in all material respects as that involved in *International Expediters, Inc., et al.* v. *United States* (38 Cust. Ct. 230, C. D. 1868), the claim of the plaintiffs was sustained.

**No. 62525.**—The Spiegel Bros. Corp. *v.* United States, protests 323200–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of harness hardware for use with harness for dogs the same in all material respects as that involved in *International Expediters, Inc., et al.* v. *United States* (38 Cust. Ct. 230, C. D. 1868), the claim of the plaintiff was sustained.

**No. 62526.**—Henry Pollak, Inc., et al. *v.* United States, protests 176990–K, etc. (New York).